IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HDDA, LLC, successor in interest to ACCESS POINT FINANCIAL, LLC, | * |
| | * |
| Plaintiff, | Case No.  5:22-cv-00021-MTT |
| v. | * |
| SANGHA HOSPITALITY LLC , | * |
| Defendant. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 26, 2023 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $5,669,275.49 plus interest, and attorney fees and expenses totaling $245,028.18.

This 27th day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk